UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HENRY BARRINGTON,

               Plaintiff,

  -against-

                                                             **ORDER OF REFERENCE**
                                                            **TO A MAGISTRATE JUDGE**

THE STATE OF NEW YORK, ET AL,                        08Civ. 05274 (RJH) (DCF)

               Defendants.
------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Specific Non-Dispositive Motion/Dispute:*

____ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Habeas Corpus

____ Social Security

____ Settlement*

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

____ Inquest After Default/Damages Hearing

Particular Motion:_____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               July 07, 2008

                                                                 _____
                                                                  HON: Richard J. Holwell
                                                                  United States District Judge