

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

**MEMO ENDORSED**

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

August 11, 2008

BY HAND
Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007



AUG 1 2 2008

CHAMBERS OF
RICHARD J. HOLWELL

Re: Barrington v. State of New York, et al.,
08 Cv. 5274 (RJH)

Dear Judge Holwell:

Defendants respectfully request that their time to answer or otherwise move with respect to the complaint of the pro se inmate in the above matter be extended from August 14, 2008 to October 10, 2008. The additional time is needed to investigate the matter and obtain the needed information for a response.

No previous request for an extension of time has been made.

Respectfully submitted,

WESLEY E. BAUMAN
Assistant Attorney General
(212) 416-6296

cc. Henry Barrington, pro se (by regular mail)

SO ORDERED: DATE: 8/13/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE