USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HENRY BARRINGTON,

                     Plaintiff,

-against-

THE STATE OF NEW YORK, et al.,

                     Defendants.
------------------------------------------------------------X

08 Civ. 05274 (RJH) (DF)

**ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

On August 5, 2009, this Court issued an Order in this action (Dkt. 27), granting in part and denying in part Plaintiff's motion for leave to file a Second Amended Complaint. To avoid any potential confusion with respect to the relief granted by that Order, it is hereby clarified as follows:

Plaintiff's motion for leave to file the Second Amended Complaint is granted to the extent it (1) drops Plaintiff's retaliation claim against Corrections Officer Huttel, and (2) adds retaliation claims against Corrections Officers Morrow, Canazzi, Crossman, Titka, and Funk. Plaintiff's motion is otherwise denied.

Dated: New York, New York
        April 19, 2009 (*nunc pro tunc* to August 5, 2009)

                                              SO ORDERED

                                              _____
                                              DEBRA FREEMAN
                                              United States Magistrate Judge

Copies to:

Mr. Henry Barrington
03-A-3724
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582

Wesley E. Bauman, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271
Fax: 212-416-6075