```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HENRY BARRINGTON,

                                 Plaintiff,

              -against-

THE STATE OF NEW YORK, et al.,

                                 Defendants.

------------------------------------------------------------X

08 Civ. 05274 (RJH) (DF)

**ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

The Court having held a telephone conference on March 26, 2010, with Plaintiff, proceeding *pro se*, and counsel for Defendants, it is hereby ORDERED, as stated on the record at that conference, that:

1. All fact discovery in this action shall be completed no later than June 30, 2010. Expert discovery, if any, will then proceed on a schedule to be set by the Court.

2. The Office of the Attorney General of the State of New York shall make arrangements for Plaintiff to participate in a telephone conference call with the Court on May 19, 2010, at 10:00 a.m., and shall initiate that call to my chambers on that date.

Dated: New York, New York
         April 19, 2010

                                                  SO ORDERED

                                                  _____
                                                  DEBRA FREEMAN
                                                  United States Magistrate Judge

Copies to:

Mr. Henry Barrington
03-A-3724
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582

Wesley E. Bauman, Esq.
Assistant Attorney General
120 Broadway
New York, NY 10271
Fax: 212-416-6075